Kevin J. Windels (KJW-5477)
Stephen F. Willig (SFW-9847)
D'AMATO & LYNCH, LLP
70 Pine Street
New York, New York 10270
Phone: (212) 269-0927
Facsimile: (212) 269-3559
kwindels@damato-lynch.com
swillig@damato-lynch.com

*Attorneys for Defendants*
ILLINOIS NATIONAL
INSURANCE COMPANY AND
NATIONAL UNION FIRE INSURANCE
COMPANY OF PITTSBURGH, PA.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
                                              :
In re                                         :          Chapter 11
                                              :
REFCO. INC. et al.,                           :          Case No. 05-60006 (RDD)
                        Debtors.              :
                                              :          Jointly Administered
                                              :
-----------------------------------------------------------x  Adv. Proc. No. 08-1129-rdd
TONE N. GRANT,                                :
                                              :
                        Plaintiff,            :
                                              :
        -against-                             :          **NOTICE OF APPEAL**
                                              :
ILLINOIS NATIONAL INSURANCE                   :
COMPANY AND NATIONAL UNION FIRE               :
INSURANCE COMPANY OF PITTSBURGH,              :
PA.,                                          :
                                              :
                        Defendants.           :
-----------------------------------------------------------x

       Illinois National Insurance Company and National Union Fire Insurance Company of Pittsburgh, Pa., the defendants in this adversary proceeding, by counsel, hereby

respectfully appeal under 28 U.S.C. §158(a) from the order of Bankruptcy Court Judge Robert D. Drain granting the motion of plaintiff Tone N. Grant to require defendants to pay his defense costs in the underlying actions and for relief from the automatic stay and discharge injunction to the extent applicable, to permit defendant to advance such defense costs entered in this adversary proceeding on the 25th day of March, 2008, and as amended by the Errata Order entered on the 26th day of March, 2008.

The names of all parties to the order appealed from and the names, addresses and telephone numbers of their respective attorneys are set forth below.

Dated: New York, New York
      April 4, 2008

D'AMATO & LYNCH, LLP

By: _____
Kevin J. Windels (KFW-5477)
Stephen F. Willig (SFW-9847)
70 Pine Street
New York, New York  10270
(212) 269-0927
kwindels@damato-lynch.com
swillig@damato-lynch.com

*Attorneys for Defendant-Appellant*
ILLINOIS NATIONAL INSURANCE COMPANY and NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA.

TO:    Norman L. Eisen, Esq.
        ZUCKERMAN SPAEDER, LLP
        1800 M Street, N.W.
        Washington, D.C.  20036
        (202) 778-1800

        - and -

1540 Broadway
Suite 1604
New York, NY 10036
(212) 704-9600
neisen@zuckerman.com

Michael T. Hannafan, Esq.
Blake Tyler Hannafan, Esq.
HANNAFAN & HANNAFAN, LTD.
1 East Wacker Drive
Suite 1208
Chicago, Illinois 60601
(312) 527-0055
mth@hannafanlaw.com
bth@hannafanlaw.com

*Attorneys for Plaintiff-Respondent
Tone N. Grant*

Steven Wilamowsky, Esq.
Bingham McCutcheon, LLP
399 Park Avenue
New York, New York 10022
(212) 705-7000
Steven.Wilamowsky@bingham.com

*Attorneys for the Plan Administrator*

#293668v1