Norman L. Eisen (admitted *pro hac vice*)
Laura E. Neish (LN-0040)
ZUCKERMAN SPAEDER LLP
1540 Broadway, Suite 1604
New York, New York 10036-4039
Tel: (212) 704-9600

*Attorneys for Tone N. Grant*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x
In re:                                         :   Chapter 11
REFCO, INC., et al.,                           :   Case No. 05-60006 (RDD)
        Debtors.                     :   (Jointly Administered)
------------------------------------------------------------x
TONE N. GRANT,                                 :
                                               :
        Plaintiff,                   :   Adv. Proc. No. 08-1129-rdd
                                               :
        v.                           :
                                               :   *Electronically Filed*
ILLINOIS NATIONAL INSURANCE                    :
COMPANY AND NATIONAL UNION FIRE                :
INSURANCE COMPANY OF PITTSBURGH,               :
PA.,                                           :
                                               :
        Defendants.                  :
------------------------------------------------------------x

**APPELLEE'S COUNTER-STATEMENT OF ISSUE PRESENTED**

      Pursuant to Fed R. Bankr. P. Rule 8006, Appellee Tone N. Grant, by counsel, hereby submits the following counter-statement of the issue on appeal in connection with the appeal of Illinois National Insurance Company ("Illinois") from the Order and Errata Order Granting Motion for Preliminary Injunction entered by the U.S. Bankruptcy Court for the Southern District of New York on March 25, 2008 and March 26, 2008, respectively. Appellee Tone N. Grant respectfully submits as follows:

1787440.1

## **COUNTER-STATEMENT OF ISSUE ON APPEAL**

1.  Did the bankruptcy court correctly grant Mr. Grant's motion for a preliminary injunction where 1) the Illinois National Policy provided for advancement of defense costs prior to the final disposition; 2) Illinois National expressly acknowledged its duty to advance defense costs to Mr. Grant; 3) Illinois National informed Mr. Grant less than three weeks before his criminal trial that it was reconsidering its decision and would not advance defense costs; and 4) Illinois National failed to establish that the prior knowledge exclusion in the policy applied to Mr. Grant's claim.

Dated:  New York, New York
            April 24, 2008

>                     By:   s/ Norman L. Eisen
>                           Norman L. Eisen (*pro hac vice)*
>                           Laura E. Neish (LN-0040)
>                           Zuckerman Spaeder LLP
>                           Attorneys for Plaintiff/Appellee
>                           Tone N. Grant
>                           1540 Broadway, Suite 1604
>                           New York, New York 10036
>                           Tel: (212) 704-9600
>                           Fax: (212) 704-4256