UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------- x
:
In re                                                                :   Chapter 11
:
REFCO, INC., et al.,                                                 :   Case No. 05-60006 (RDD)
:
            Debtors.                                                 :   Jointly Administered
:
-------------------------------------------------------------------- x
:
TONE N. GRANT,                                                       :   08-CV-4252 (GEL)
:
            Plaintiff-Appellee,                                      :
      v.                                                             :   **NOTICE OF MOTION**
:   **TO ADMIT COUNSEL**
ILLINOIS NATIONAL INSURANCE COMPANY and                              :   ***PRO HAC VICE***
NATIONAL UNION FIRE INSURANCE COMPANY                                :
OF PITTSBURGH, PENNSYLVANIA,                                         :
:
            Defendants-Appellants.                                   :
:
-------------------------------------------------------------------- x

PLEASE TAKE NOTICE that, upon the annexed Affirmation of Laura E. Neish, Esq., in support of this motion, and the Declaration of Norman L. Eisen and Certificates of Good Standing annexed thereto, Laura E. Neish, an attorney duly admitted to practice in this Court, hereby moves this Court, on behalf of Plaintiff-Appellee Tone N. Grant, for an Order granting the admission *pro hac vice* of Norman L. Eisen, Esq., to argue or try the above-referenced case, in whole or in part.

Dated: New York, New York
       May 23, 2008

1816965.1

Respectfully submitted,

_____
Laura E. Neish (LN-0040)
Zuckerman Spaeder LLP
1540 Broadway, Suite 1604
New York, New York 10036
Tel: 212-704-9600
Fax: 212-704-4256
lneish@zuckerman.com
*Attorneys for Plaintiff-Appellee*
*Tone N. Grant*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ x
                                                                   :
In re                                                              :    Chapter 11
                                                                   :
REFCO, INC., et al.,                                               :    Case No. 05-60006 (RDD)
                                                                   :
                    Debtors.                                       :    Jointly Administered
                                                                   :
------------------------------------------------------------------ x
                                                                   :
TONE N. GRANT,                                                     :    08-CV-4252 (GEL)
                                                                   :
                    Plaintiff-Appellee,                            :
          v.                                                       :    **AFFIRMATION OF LAURA
                                                                   :    E. NEISH IN SUPPORT OF
ILLINOIS NATIONAL INSURANCE COMPANY and                            :    MOTION TO ADMIT
NATIONAL UNION FIRE INSURANCE COMPANY                              :    COUNSEL *PRO HAC VICE***
OF PITTSBURGH, PENNSYLVANIA,                                       :
                                                                   :
                    Defendants-Appellants.                         :
                                                                   :
------------------------------------------------------------------ x

STATE OF NEW YORK          )
                           ) ss.:
COUNTY OF NEW YORK         )

LAURA E. NEISH hereby affirms and states:

1.   I am an attorney at law, duly admitted to practice before the courts of the State of New York and the United States District Court for the Southern District of New York.

2.   I am associated with the firm of Zuckerman Spaeder LLP, which represents Plaintiff-Appellee Tone N. Grant in the above-referenced matter.

3.   I am fully familiar with all of the relevant facts and circumstances herein.

4.   I respectfully submit this affirmation in support of the accompanying motion to admit Norman L. Eisen to practice *pro hac vice*, on behalf of Plaintiff-Appellee Tone N. Grant, in the above-captioned matter.

1816965.1

5. Mr. Eisen is a partner at Zuckerman Spaeder LLP, 1800 M Street NW, Washington, DC 20036, where he practices in the areas of complex civil litigation, securities litigation, and bankruptcy. Mr. Eisen is duly admitted to practice in the courts of Maryland and the District of Columbia. There are no pending disciplinary proceedings against Mr. Eisen in any State or Federal court.

6. Mr. Eisen has been engaged to represent Tone N. Grant in the above-referenced matter.

7. The Declaration of Mr. Eisen is attached hereto as Exhibit A. Certificates of Good Standing from the Court of Appeals of Maryland and the District of Columbia Court of Appeals are attached hereto as Exhibit B. Mr. Eisen is prepared to comply with all rules of conduct applicable to lawyers admitted to practice in the Southern District of New York as well as the Individual Practices of this Court.

8. Accordingly, I respectfully request that this Court permit Norman L. Eisen to appear pro hac vice on behalf of Tone N. Grant in connection with the above-captioned matter.

Dated: New York, New York
       May 23, 2008

Respectfully submitted,

Laura E. Neish (LN-0040)
Zuckerman Spaeder LLP
1540 Broadway, Suite 1604
New York, New York 10036
Tel: 212-704-9600
Fax: 212-704-4256
lneish@zuckerman.com
*Attorneys for Plaintiff-Appellee
Tone N. Grant*

2

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------- x
                                                                 :
In re                                                            :    Chapter 11
                                                                 :
REFCO, INC., et al.,                                             :    Case No. 05-60006 (RDD)
                                                                 :
                 Debtors.                                  :    Jointly Administered
                                                                 :
---------------------------------------------------------------- x
                                                                 :
TONE N. GRANT,                                                   :    08-CV-4252 (GEL)
                                                                 :
                 Plaintiff-Appellee,                        :
         v.                                                    :    **DECLARATION OF**
                                                                 :    **NORMAN L. EISEN**
ILLINOIS NATIONAL INSURANCE COMPANY and                          :    **IN SUPPORT MOTION**
NATIONAL UNION FIRE INSURANCE COMPANY                            :    **FOR ADMISSION**
OF PITTSBURGH, PENNSYLVANIA,                                     :    ***PRO HAC VICE***
                                                                 :
                 Defendants-Appellants.                     :
                                                                 :
---------------------------------------------------------------- x

       NORMAN L. EISEN, pursuant to 28 U.S.C. § 1746, hereby declares the following under penalty of perjury:

       1.     I am a partner at the law firm of Zuckerman Spaeder LLP, 1800 M Street NW, Washington, DC 20036, where I practice in the areas of complex civil litigation, securities litigation, and bankruptcy. I have been engaged to represent Plaintiff-Appellee Tone N. Grant in the above-captioned matter.

       2.     I submit this Declaration in support of the accompanying motion for admission to appear pro hac vice on behalf of Mr. Grant in this matter.

       3.     As indicated in the Certificates of Good Standing attached hereto, I am an attorney duly admitted to practice in the courts of the State of Maryland and the District of Columbia.

4.  There are no pending disciplinary proceedings against me in any State or Federal court. I am prepared to comply with all rules of conduct applicable to lawyers admitted to practice in the Southern District of New York as well as the Individual Practices of this Court.

5.  Accordingly, I respectfully request that I be permitted to appear pro hac vice on behalf of Tone N. Grant in the above-captioned matter.

Executed this 23rd day of May 2008

Norman L. Eisen

# Court of Appeals
# of Maryland
### Annapolis, MD



## CERTIFICATE OF GOOD STANDING

STATE OF MARYLAND, ss:

I, Bessie M. Decker, Clerk of the Court of Appeals of Maryland, do hereby certify that on the seventeenth day of December, 1991,

### Norman L. Eisen

having first taken and subscribed the oath prescribed by the Constitution and Laws of this State, was admitted as an attorney of said Court, is now in good standing, and as such is entitled to practice law in any of the Courts of said State, subject to the Rules of Court.

*In Testimony Whereof,* I have hereunto set my hand as Clerk, and affixed the Seal of the Court of Appeals of Maryland, this fourteenth day of May, 2008.

*Bessie M. Decker*
_____
Clerk of the Court of Appeals of Maryland



# District of Columbia Court of Appeals
### Committee on Admissions
500 Indiana Avenue, N.W. — Room 4200
Washington, D. C. 20001
202 / 879-2710

I, GARLAND PINKSTON, JR., Clerk of the District of Columbia Court of Appeals, do hereby certify that

NORMAN L. EISEN

was on the 13TH day of NOVEMBER, 1992 duly qualified and admitted as an attorney and counselor and entitled to practice before this Court and is, on the date indicated below, an active member in good standing of this Bar.

In Testimony Whereof, I have hereunto subscribed my name and affixed the seal of this Court at the City of Washington, D.C., on May 15, 2008.

GARLAND PINKSTON, JR., CLERK

By: /s/ M. Charles
Deputy Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ x
                                                                   :
In re                                                              :   Chapter 11
                                                                   :
REFCO, INC., et al.,                                               :   Case No. 05-60006 (RDD)
                                                                   :
                                    Debtors.                       :   Jointly Administered
                                                                   :
------------------------------------------------------------------ x
                                                                   :
TONE N. GRANT,                                                     :   08-CV-4252 (GEL)
                                                                   :
                                    Plaintiff-Appellee,            :
            v.                                                     :   **ORDER FOR ADMISSION**
                                                                   :   ***PRO HAC VICE* ON**
ILLINOIS NATIONAL INSURANCE COMPANY and                            :   **WRITTEN MOTION**
NATIONAL UNION FIRE INSURANCE COMPANY                              :
OF PITTSBURGH, PENNSYLVANIA,                                       :
                                                                   :
                                    Defendants-Appellants.         :
                                                                   :
------------------------------------------------------------------ x

Upon the motion of Laura E. Neish, attorney for plaintiff-appellee Tone N. Grant, and Laura Neish's affirmation in support:

**IT IS HEREBY ORDERED** that

> Norman L. Eisen
> Zuckerman Spaeder LLP
> 1800 M Street, N.W., Suite 1000
> Washington, D.C., 20036
> Tel.: 202-778-1800
> Fax: 202-822-8106
> neisen@zuckerman.com

is admitted to practice *pro hac vice* as counsel for plaintiff-appellee Tone N. Grant in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing

1816965.1

(ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov.

Counsel shall forward the *pro hac vice* fee to the Clerk of Court.

Dated: May ___, 2008
      New York, New York

                                                _____
                                                Honorable Gerard E. Lynch
                                                United States District Court Judge

## CERTIFICATE OF SERVICE

I, Jer-Wei Chen, hereby certify that on May 23, 2008, I caused a true and correct copy of the NOTICE OF MOTION TO ADMIT COUNSEL *PRO HAC VICE* to be served upon the following parties via first-class mail:

Kevin J. Windels
Stephen F. Willig
D'AMATO & LYNCH, LLP
70 Pine Street
New York, New York 10270
(212) 269-0927
*Attorneys for Defendants-Appellants Illinois National Insurance Company and National Union Fire Insurance Company of Pittsburgh, PA.*

s/ Jer-Wei Chen   *Jonathan Alejandro*
Jer-Wei Chen

1816965.1