Kevin J. Windels (KJW-5477)
Stephen F. Willig (SFW-9847)
D'AMATO & LYNCH, LLP
70 Pine Street
New York, New York 10270
Phone: (212) 269-0927
Facsimile: (212) 269-3559
kwindels@damato-lynch.com
swillig@damato-lynch.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/27/08

*Attorneys for Defendants-Appellants*
ILLINOIS NATIONAL
INSURANCE COMPANY AND
NATIONAL UNION FIRE INSURANCE
COMPANY OF PITTSBURGH, PA.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ x

| | |
|---|---|
| In re | Chapter 11 |
| REFCO. INC. et al., | Case No. 05-60006 (RDD) |
| Debtors. | Jointly Administered |

------------------------------------------------------------ x
08-CV-4252 (GEL)

TONE N. GRANT,

      Plaintiff- Appellee,

-against-

ILLINOIS NATIONAL INSURANCE
COMPANY AND NATIONAL UNION FIRE
INSURANCE COMPANY OF PITTSBURGH,
PA.,

      Defendants- Appellants.
------------------------------------------------------------ x

**STIPULATION AND
ORDER AMENDING BRIEFING
SCHEDULE**

    **IT IS HEREBY STIPULATED AND AGREED**, by and between the

undersigned counsel for the respective parties herein, that the Plaintiff-Appellee shall have

until May 29 to submit a letter response or otherwise oppose the application made by Illinois National on May 21 to expand the Record on Appeal.

IT IS FURTHER STIPULATED, that the parties have agreed to modify the briefing schedule with respect to the appeal as follows:

(1) Appellants' appellate brief will be due to be served and filed fourteen (14) days from the date of the Court's Order determining the application to expand the Record on Appeal,

(2) Appellee's opposition brief will be served and filed fourteen (14) days from the date of service of Appellants' brief,

(3) Appellants' reply brief will be due ten (10) days from the date Appellee's brief is served.

IT IS FURTHER STIPULATED that the appeal filed by National Union Fire Insurance Company of Pittsburgh, Pa., which party has been dismissed from the case, is hereby withdrawn.

Dated: New York, New York
       May 21, 2008

D'AMATO & LYNCH, LLP

By: _____
Kevin J. Windels (KJW-5477)
Stephen F. Willig (SFW-9847)
70 Pine Street
New York, New York 10270
(212) 269-0927
kwindels@damato-lynch.com
swillig@damato-lynch.com

*Attorneys for Defendants-Appellants*
ILLINOIS NATIONAL INSURANCE

2

COMPANY and NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, Pa.

ZUCKERMAN SPAEDER, LLP

By: _____
Norman L. Eisen (NE-1198)
William A. Schreiner (WS-1327)
Laura E. Neish (LN-0040)
1540 Broadway, Suite 1604
New York, New York 10036
(212) 704-9600
neisen@zuckerman.com
wschreiner@zuckerman.com
lneish@zuckerman.com
*Attorneys for Plaintiff-Appellee*
Tone N. Grant

SO ORDERED ON THIS 23rd DAY OF MAY, 2008:

_____
U.S.D.J.

3

#297816v1