Kevin J. Windels (KJW-5477)
Stephen F. Willig (SFW-9847)
D'AMATO & LYNCH, LLP
70 Pine Street
New York, New York 10270
Phone: (212) 269-0927
Facsimile: (212) 269-3559
kwindels@damato-lynch.com
swillig@damato-lynch.com



*Attorneys for Defendants-Appellants*
ILLINOIS NATIONAL
INSURANCE COMPANY AND
NATIONAL UNION FIRE INSURANCE
COMPANY OF PITTSBURGH, PA.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------x
In re                                                                :      Chapter 11
                                                                         :
REFCO. INC. et al.,                                           :      Case No. 05-60006 (RDD)
                                                                         :
                              Debtors.                        :      Jointly Administered
                                                                         :
----------------------------------------------------------x   08-CV-4252 (GEL)
TONE N. GRANT,                                          :
                                                                         :
                              Plaintiff- Appellee,        :      **STIPULATION AND**
                                                                         :      **ORDER AMENDING BRIEFING**
         -against-                                               :      **SCHEDULE**
                                                                         :
ILLINOIS NATIONAL INSURANCE        :
COMPANY AND NATIONAL UNION FIRE :
INSURANCE COMPANY OF PITTSBURGH, :
PA.,                                                                  :
                                                                         :
                              Defendants- Appellants.  :
----------------------------------------------------------x

        **IT IS HEREBY STIPULATED,** that the parties have agreed to modify the

briefing schedule with respect to the appeal as follows:

#299339v1

(1) Appellants' appellate brief will be due to be served and filed on June 24, 2008,

(2) Appellee's opposition brief will be served and filed on July 15, 2008,

(3) Appellants' reply brief will be served and filed on July 25, 2008.

Dated: New York, New York
June 12, 2008

| ZUCKERMAN SPAEDER, LLP | D'AMATO & LYNCH, LLP |
|---|---|
| By: *[signature]*<br>Norman L. Eisen (NE-1198)<br>William A. Schreiner (WS-1327)<br>Laura E. Neish (LN-0040)<br>1540 Broadway, Suite 1604<br>New York, New York 10036<br>(212) 704-9600<br>neisen@zuckerman.com<br>wschreiner@zuckerman.com<br>lneish@zuckerman.com<br>*Attorneys for Plaintiff-Appellee*<br>Tone N. Grant | By: *[signature]*<br>Kevin J. Windels (KJW-5477)<br>Stephen F. Willig (SFW-9847)<br>70 Pine Street<br>New York, New York 10270<br>(212) 269-0927<br>kwindels@damato-lynch.com<br>swillig@damato-lynch.com<br>*Attorneys for Defendants-Appellants*<br>ILLINOIS NATIONAL INSURANCE COMPANY and NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, Pa. |

SO ORDERED ON THIS 16th DAY OF JUNE, 2008:

*[signature]*
U.S.D.J.

2

#299339v1