UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

In re

REFCO INC., et al.,

                         Debtors.

------------------------------------------------------------------X

TONE N. GRANT,

                      Plaintiff-Appellee,

         v.

ILLINOIS NATIONAL INSURANCE COMPANY AND
NATIONAL UNION FIRE INSURANCE COMPANY OF
PITTSBURGH, PA,

                    Defendants-Appellants.

------------------------------------------------------------------X

Chapter 11
Case No. 05-60006 (RDD)
(Jointly Administered)
Adv. Proc. No. 08-01129 (rdd)

Case No. 08-CV-4252

**ORDER FOR ADMISSION**
*PRO HAC VICE* **ON**
**WRITTEN MOTION**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/24/08

Upon the motion of Laura E. Neish, attorney for plaintiff-appellee Tone N. Grant, and Laura Neish's affirmation in support:

**IT IS HEREBY ORDERED** that

        Norman L. Eisen
        Zuckerman Spaeder LLP
        1800 M Street, N.W., Suite 1000
        Washington, D.C., 20036
        Tel.: 202-778-1800
        Fax: 202-822-8106
        neisen@zuckerman.com

is admitted to practice *pro hac vice* as counsel for plaintiff-appellee Tone N. Grant in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing

1842183.1

(ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov.

Counsel shall forward the *pro hac vice* fee to the Clerk of Court.

Dated: June 24, 2008
    New York, New York

_____
Honorable Gerard E. Lynch
United States District Court Judge