UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x
TONE N. GRANT,  :  Case No. 08-CV-4252 (GEL)
 :
    Plaintiff-Appellee, :
 :  *Electronically Filed*
    v. :
 :
ILLINOIS NATIONAL INSURANCE COMPANY and :
NATIONAL UNION FIRE INSURANCE COMPANY OF :
PITTSBURGH, PENNSYLVANIA, :
 :
    Defendants-Appellants. :
------------------------------------------------------------------------x

**NOTICE OF APPEARANCE**

PLEASE TAKE NOTICE that Zuckerman Spaeder LLP represents Plaintiff-Appellee Tone N. Grant in the above-referenced matter. Undersigned counsel, a partner with Zuckerman Spaeder LLP, was admitted *pro hac vice* pursuant to Order entered on June 24, 2008.

DATED:   July 17, 2008
         New York, New York

                                        Respectfully submitted,

                                        s/ Norman L. Eisen
                                        Norman L. Eisen (admitted *pro hac vice*)
                                        ZUCKERMAN SPAEDER LLP
                                        1800 M Street, N.W., Suite 1000
                                        Washington, D.C. 20036
                                        Tel: 202-778-1800
                                        Fax: 202-822-8106
                                        neisen@zuckerman.com

1887941.1