COPY ...
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/21/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X

In re REFCO, Inc., et al.,

                    Debtors.
-----------------------------------------------------------------------X
TONE N. GRANT

              Plaintiff-Appellee,

            v.

ILLINOIS NATIONAL INSURANCE COMPANY AND
NATIONAL UNION FIRE INSURANCE COMPANY OF
PITTSBURGH, PA,

            Defendants-Appellants.
-----------------------------------------------------------------------X

Chapter 11
Case No. 05-60006 (RDD)
Jointly Administered

Case No. 08-CV-4252

**STIPULATION
AND ORDER**

     **IT IS HEREBY STIPULATED,** that the parties have agreed to modify the briefing

schedule with respect to the appeal as follows:

     1.    Appellee's opposition brief to Illinois National Insurance Company's appellate

brief shall be, and is hereby, extended through and including July 17, 2008 in the above-

captioned action;

     2.    Appellants' reply brief shall be, and is hereby, extended through and including

July 31, 2008.

     A stipulation and order was previously entered on June 17, 2008 ("Order") amending the

briefing schedule for the appeal.  In the Order, the appellee's opposition brief was originally due

on July 15, 2008, and the appellant's reply brief due on July 25, 2008.

1882632.1

Dated: July 15, 2008
     New York, New York

ZUCKERMAN SPAEDER LLP

By: _____

Norman L. Eisen
Laura E. Neish (LN-0040)
1540 Broadway, Suite 1604
New York, New York 10036
Tel.: (212) 704-9600
Email: neisen@zuckerman.com
Email: lneish@zuckerman.com
*Attorneys for Plaintiff-Appellee Tone N. Grant*

D'AMATO & LYNCH, LLP

By: _____

Kevin J. Windels (KJW-5477)
Stephen F. Willig (SFW-9847)
70 Pine Street
New York, New York 10270
Tel.: (212) 269-0927
Email: kwindels@damato-lynch.com
Email: swillig@damato-lynch.com
*Attorneys for Defendants-Appellants Illinois National Insurance Company and National Union Fire Insurance Company of Pittsburgh, PA.*

SO ORDERED.

Dated: New York, New York
     July 21, 2008

_____

Gerard E. Lynch, United States District Judge

2

1882632.1